SCOTT N. JOHNSON, SBN 166952 scottnjohnson@comcast.net
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA  95608-5758
Telephone:     (916) 485-3516
Facsimile:      (916) 481-4224

Attorneys for Plaintiff

MARTIN H. ORLICK, SBN  83908 mho@jmbm.com
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:     (415) 398-8080
Facsimile:      (415) 398-5584

Attorneys Defendants Berwick-Krausz, a California general partnership; Andrew S. Berwick, Jr.; Phyllis E. Berwick; Amos Z. Krausz; Dorian Krausz

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BEST BUY STORES, L.P., Individually and d/b/a/ BEST BUY #133; BEST BUY, CO., INC., Individually and d/b/a BEST BUY #133; BERWICK-KRAUSZ, a California general partnership; ANDREW S. BERWICK, JR., Individually and as general partner of the BERWICK-KRAUSZ, a California general partnership; PHYLLIS E. BERWICK, Individually and as general partner of the BERWICK-KRAUSZ, a California general partnership; AMOS Z. KRAUSZ, Individually and as general partner of the BERWICK-KRAUSZ, a California general partnership; AND DORIAN KRAUSZ, Individually and as general partner of the BERWICK-KRAUSZ, a California general partnership;<br><br>　　　　　　　Defendants. | CASE NO.      07-CV-02028-FCD-DAD<br><br>**STIPULATION TO EXTEND TIME FOR SPECIALLY APPEARING DEFENDANTS BERWICK-KRAUSZ, ANDREW S. BERWICK, JR., PHYLLIS E. BERWICK, AMOS Z. KRAUSZ, AND DORIAN KRAUSZ TO FILE A RESPONSE TO CIVIL COMPLAINT; ORDER THEREON**<br><br><br>Complaint filed:  September 28, 2007 |

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the respective parties, Plaintiff, Scott N. Johnson ("Plaintiff") and defendants, Berwick-Krausz, a

California general partnership, Andrew S. Berwick, Jr., Phyllis E. Berwick, Amos Z. Krausz, and Dorian Krausz, (collectively, "Defendants") (collectively, the "Parties"), that specially appearing Defendants, for themselves and no others, be allowed an extension of time to file their response pleadings to the Complaint.  Defendants' response will become due on or before December 7, 2007 as set forth in the proposed order.

DATED:  November 26, 2007        By:/s/ Scott N. Johnson
                                 Attorneys for Plaintiff, SCOTT N. JOHNSON

DATED:  November 26, 2007        JEFFER, MANGELS, BUTLER & MARMARO LLP

                                 By:/s/ Martin H. Orlick
                                 Attorneys for Defendants BERWICK-RAUSZ, ANDREW S. BERWICK, JR.; PHYLLIS E. BERWICK; AMOS Z. KRAUSZ; DORIAN KRAUSZ

***ORDER***

Defendants Berwick-Krausz, Andrew S. Berwick, Jr.; Phyllis E. Berwick; Amos Z. Krausz; and Dorian Krausz shall be allowed an extension to file their responsive pleading until December 7, 2007.

IT IS SO ORDERED.

DATED: November 27, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE